# Exhibit 1; Clergy Credentials





THE FACULTY OF

The Southern Baptist Theological Seminary

on the authority vested in it by the Board of Trustees hereby confers upon

Jeffrey Kyle Hood, Jr.

the degree of

Master of Divinity

in

Missions, Evangelism & Church Growth

in recognition of the satisfactory completion of the prescribed course of study. In testimony whereof the seal of the Seminary and the signatures authorized by the Board of Trustees are hereunto affixed. Given at Louisville, Kentucky on the fifteenth day of May Two thousand nine.

CHAIRMAN OF THE BOARD OF TRUSTEES

SENIOR VICE PRESIDENT FOR ACADEMIC ADMINISTRATION

PRESIDENT OF THE SEMINARY

DEAN, BILLY GRAHAM SCHOOL OF MISSIONS, EVANGELISM AND CHURCH GROWTH





# Old Catholic Churches International

### Diocese of Saint Bernard of Clairvaux

I, the Right Rev. James St. George, exercising my apostolic office as Bishop in the one, holy, catholic and apostolic CHURCH OF JESUS CHRIST in the city of Flourtown, Pennsylvania in the year of grace, Two Thousand and Twenty-Two, being also the Tenth year of my episcopacy, empowered by the grace of our Lord Jesus Christ, transmitted to my humility from the Holy Apostles; in accordance with the norms of Holy Church; did then and there ordain to the Order of Priest the faithful servant of God,

### Jeffery K. Hood, II

according to the Rites of Holy Church.

In order that this knowledge may come to all whom it may concern, I have published this document on this Eleventh Day of December in the year of grace, Two Thousand and Twenty-Two. In testimony thereof, I append my signature hereto.

The Right Rev. James St. George, OSFoc



*Old Catholic Churches International*

I, the Right Rev. James St. George, exercising my apostolic office as Bishop in the one, holy, catholic and apostolic CHURCH OF JESUS CHRIST in the city of Flourtown, Pennsylvania in the year of grace, Two Thousand and Twenty Two, being also the Nineth year of my episcopacy; empowered by the grace of our Lord Jesus Christ, transmitted to my humility from the Holy Apostles; in accordance with the norms of Holy Church; hereby incardinate you,

*Rev. Dr. Jeffrey K. Hood II*

as a Deacon into my diocese, the Diocese of Saint Bernard of Clairvaux, effective this day. In order that this knowledge may come to all whom it may concern, I have published this document on this First day of September in the year of grace, Two Thousand and Twenty Two. In testimony whereof, I append my signature hereto.

The Right Rev. James St. George, OSFoc



# LETTER FOR FACULTIES

I, THE + RIGHT REV. JAMES MICHAEL ST. GEORGE, EXERCISING MY APOSTOLIC OFFICE AS BISHOP IN THE ONE, HOLY, CATHOLIC, AND APOSTOLIC CHURCH OF JESUS CHRIST IN THE CITY OF FLOURTOWN, WHITE MARSH TOWNSHIP, MONTGOMERY, PENNSYLVANIA IN THE YEAR OF GRACE, TWO THOUSAND AND TWENTY-TWO, BEING ALSO THE TENTH YEAR OF MY EPISCOPACY; EMPOWERED BY THE GRACE OF OUR LORD JESUS CHRIST, TRANSMITTED TO MY HUMILITY FROM THE HOLY APOSTLES; IN ACCORDANCE WITH THE NORMS OF HOLY CHURCH; HEREBY GRANT WITHOUT RESTRICTION OR LIMITATION ALL OF THE SACERDOTAL FACULTIES OF THE SACRED PRESBYTERATE TO THE FAITHFUL SERVANT OF GOD,

## JEFFERY K. HOOD, II

A PRESBYTER.

IN ORDER THAT THIS KNOWLEDGE MAY COME TO ALL TO WHOM IT MAY CONCERN, I HAVE PUBLISHED THIS DOCUMENT ON THIS ELEVENTH DAY OF DECEMBER IN THE YEAR OF GRACE, TWO THOUSAND AND TWENTY-TWO.

IN TESTIMONY WHEREOF, I APPEND MY SIGNATURE HERETO.

RIGHT REVEREND + JAMES MICHAEL ST. GEORGE, BISHOP ORDINARY,
THE DIOCESE OF SAINT BERNARD OF CLAIRVAUX



Certificate of Ordination

We, the undersigned, upon the recommendation and request of The Rock Baptist Church at Rex, Georgia which had full and sufficient opportunity for judging the God given gifts, Christian experience, call to the ministry, and views of Bible doctrine, hereby certify that Jeffrey Kyle Hood was solemnly and publicly set apart and ordained to the work of

THE GOSPEL MINISTRY

by authority and order of The Rock Baptist Church at Rex, Georgia on the 25th day of June, 2006

ORDAINING COUNCIL

Dr. BAZAL - Pastor — Moderator of Ordaining Council
Z. B. Felton — Clerk of Ordaining Council
Sue Cooq
Herman M. Perez
Leon Thick
Charles Lindsay
K. Hobbs Jr.
Ray E. Hood

January 5, 2015

To Whom It May Concern:

As Director of Baptist Studies at Brite Divinity School, I write to confirm the regularity of the Rev. Dr. Jeffrey Kyle Hood's ordination as a Minister of the Gospel in the Southern Baptist tradition of local church autonomy. I was the Director of his successfully defended doctoral project, as well as working alongside him at Cathedral of Hope in Dallas where I serve as Theologian-in-Residence.

Baptists have a variety of ways of authorizing ministry, each of them valid according to their own traditions. Jeff Hood was commissioned and ordained by a non-associational, autonomous process at The Rock Baptist Church in Rex, Georgia. His was a two-step process of certification and then ordination. His ordination council consisted of deacons, ministers, and other congregational members. It was a rigorous vetting process that culminated in his duly authorized ordination on June 25, 2006. Because his congregation was a fully autonomous Baptist Church, his credentials to minister were duly bestowed by that process congregationally, and gained the recognition any other ordination receives.

I hasten to add that the Rev. Dr. Hood's ordination, which according to Baptist tradition remains in force throughout his life and ministry, rests upon a person who has gone through a true metamorphosis from the roots of his once near-fundamentalist origins. Like the journey of the Magi this Epiphany season, he has traveled far to become the open, affirming, justice-advocating Christian minister he now is.

A cursory glance at Baptists might pass over the tradition of local church autonomy in matters of polity, in favor of a hybridized associational type characteristic of some groups like the American Baptist Churches (Valley Forge, PA), or some nouveau expressions of Southern Baptist life. The tradition of autonomy, while strange to some mainline groups, is practiced widely in Baptist life. As Director of Field Education and Supervised Ministry here at Brite Divinity School, I currently relate to 31 different judicatories and faith groups, all of which have differing processes and standards for authorizing ministry. The Church of Jesus Christ is made stronger for the variety of its paths to God, in my view, and this diversity is reflected in part by the way the Body of Christ ordains.

Yours truly,

Stephen V. Sprinkle

## The closeness of God By: Will SPEER #999398

I was laying there in my bunk and was thinking about GOD and the closeness I have with GOD. I Do want to thank JEFF HOOD who comes and sees me and does so much more. We have sang together, prayed, touched the glass as we prayed. We used vending machine items to have comunine and we've laughed and laughed but we have also touched on some very personal and emotional topics too. I've shared things with him that i dont talk with others about. I have had a long road in side these walls im 40 this month and im also working on 24 years of being locked up. I was 16 when i got locked up and Ivebeen here never getting out. But even with that i have come to have a peace with that and with in myself See the system threw me away and ive had to grow up un side these walls ive done that with GOD at times but there was a long time that i had not walked with GOB. Because i felt GOD would not take care of me like i can take care of my self! I think of that know and i see the error if it but i didnt have people to help me I had nothing but criminals all around so i was alone for so long. Then thing started to change and i started taking steps to lean to GOD and as i was doingTh A guy tells me about JEFF.

So i write JEFF and he is overseas at the time preaching and helping people. He sometimes brings these braclets that the kids made and he'll show me how they are all knots and he changes how they are while we talk and visit. I respect JEF so much for his dedication to me and help he has given me. I can say that it is through JEFF that I have come closer to GOD. He drives like 4 hour to come and see me and has even slept in his car before our visit man thats real. There are people who want to do drive by blessings they write a letter and tell you all about GOD and how to repent and thats it. Then there are those that will come up to the prison in groups and they will pray with people and you never see them again but with Jeff hes shown me he does care, he makes time when he has so many other people pulling on him. Hes got a young family and its just growing and groing so when i see him taking the time to come up here each month it touches me. People are quick to TELL YOU HOW GOD CAN BE A BLESSING IN YOUR LIFE. BUT JEFF IS BEYOUND THAT AS HE IS SHOWING IT! I want to see you fruit dont tell me about it show me and JEFF is doing that and then some! I've been praying for my enemy's and when i started doing that my life changed. Sure I still have problems I stil get mad Im a moody person and im not perfect. But there are times when im just sitting there or laying there in my bunk and ill just talk with GOD. And in thos talks ive been me not who i want GOD to think i am But me Im not a lucky person but im blessed by GOD. Ive had so many things show me that and one of those thin is having JEFF in my life! There is a knowledge i have with my closeness with GO but there is also a FEELING. There are times that i feel so close and the presenc of GOD is enveloping! Thank you and PRAISE GOD! much love and all my best to you and all yours! PEACE and GOD BLESS! Love and respects with warm regards! Will

W.M. Speer #999398
Polawsky Unit
3872 FM 350 S.
Liv., TX. 77351
NORTH HOUSTON TX 773
22 SEP 2014
Rev. Jeff Hood
2723 Northcrest Rd.
Denton, TX. 76209
76209782323

