# Exhibit 2; Inmate Clergy Record

Oklahoma State Penitentiary
## Inmate's Clergy/Spiritual Advisor/Minister Request Form & Verification Process

Inmate requesting Clergy/Minister approval for Clergy visits, phone calls, officiate marriages, hospice/end-of-life visit or attend their execution, etc. Inmate is required to complete the minimum amount of information, as indicated by the *Bold typed areas, so the Chaplain can obtain the remaining information required for the verification/vetting process.

*Inmate Name: Scott Eizember       *DOC # 497824   *Unit/Cell: A-4-15

*Clergy/Minister Name: Jeffery Hood       *Office Phone: (404) 210-6760          yes JH

*What are you requesting this Clergy/Minister to do? *(Please check one or more)*          viaticum - the
giving of 🔵
the Eucharist

| | | | at the time
☒ Clergy Visitation        Clergy Response: _yes_   JH     of death
☒ Clergy Phone Calls      Clergy Response: _yes_   JH     in execution
☒ Clergy Correspondence   Clergy Response: _yes_   JH     chamber
JH  ☒ Officiate Marriage     Clergy Response: _yes_   JH
☒ Attend Execution       Clergy Response; _yes_   JH
yes→ ☒ Other (Please explain)? Be present in execution chamber before I am brought
into chamber, laying on of hands, converse with me before, during and through my dying breath
and beyond until I am officially declared dead by a qualified Physician. Thank You

*Inmate's Signature: [signature]       *Date: 11/25/22

### Clergy Information
**(This portion is to be completed by the Clergy)**

Religious Organization/Affiliation: Old Catholic Church /Diocese of Saint Bernard
Clairvaux
Bishop (Leader) Name: Bishop James St-George  Email: fatherjim@ mysaint
Office Address: 654 Bethlehem Pike                           miriam-
org
City: Flourtown   State: PA   Zip Code: 19031-1301
Office Phone: (215) 836-9800   Cell Phone: (267) 477-7603

Is this inmate a family member? ☐Yes  ☒No

*If yes, what is the relation to this inmate? _____

Clergy/Minister Credential County Courthouse Registration:

State: _____ County: _____ MC - _____ or Book #: _____ Page #: _____

Comments: _____
_____
_____

Clergy Signature: [signature]                    Date: 12/4/2022

**OKLAHOMA DEPARTMENT OF CORRECTIONS**
**REQUEST FOR RECORD**

PLEASE RESPOND TO: ___David Prince___
Requesting Employee Name

___Oklahoma State Penitentiary___
Facility Name

___PO Box 97 McAlester, OK 74502 - 0097___
Facility Mailing Address

## THIS FORM MUST BE FILLED OUT IN ITS ENTIRETY
Please furnish information as indicated concerning the below-described person.

___Hood, Jr.___          ___Jeffrey___          ___Kyle___
Last Name                First Name             Middle Name

Alias(es)/any other names by which subject is known _____

**Please indicate reason for request (check one):**

☑ Volunteer   ☐ Intern        ☐ CLEET Certification

☐ Employee background    Position being applied for: _____

☐ Visitor check    Offender/inmate name & ODOC #: _____

☐ Offender/inmate   ☐ Parole      ☐ Sex Offender     ☐ PSI

☐ Early termination   ☐ New case    ☐ Delayed sentence   ☐ Absconder

☑ Other: ___Clergy___

___10923 Breckenridge Dr.___  ___Little Rock___  ___AR___  ___72211___
Address (street, rural route, box #)          City          State    Zip Code

| ___10/30/1983___ | ___male___ | ___white___ | ___hazel___ | ___brown___ | ___5'7"___ | ___170___ |
|---|---|---|---|---|---|---|
| DOB (mm/dd/yyyy) | GENDER | RACE | EYE COLOR | HAIR COLOR | HEIGHT | WEIGHT |

| ___259 71 2345___ | ___NC 0000 308 5723 4___ | | |
|---|---|---|---|
| SOCIAL SECURITY NO. | DRIVER LICENSE NO | FBI NO. | OSBI NO. |

**Records requested:**

☐ FBI Record Transcript                ☐ NCIC — Wanted

☐ OSBI Record Transcript               ☐ Out of State Criminal History — State: _____

☐ Department of Public Safety Record   ☐ Out of State Driver's License — State: _____

☐ Other Information Needed: _____

I certify that the information applied for is necessary in the interest of the due administration of the laws and not for the purpose of assisting a private citizen or for personal use.

___Rev. Dr. JJH___          _____          ___12/4/22___
Signature                   ORI No.                 Date

DOC 090211B (R 08/21)

## AUTHORIZATION TO RELEASE INFORMATION

To Whom It May Concern:

I hereby request and authorize you to furnish the Oklahoma Department of Corrections with any and all information they may request concerning my work record, educational history, military record, and general reputation. This authorization is specifically intended to include any and all information of a confidential or privileged nature as well as photocopies of such documents, if requested. The information will be used for the purpose of determining my eligibility for volunteer status with the Oklahoma Department of Corrections. This authorization is valid as long as I am a volunteer with the Oklahoma Department of Corrections.

I hereby release you and your organization from any liability of damage that would result from furnishing the information requested above.

_____        Dec 3 2022
SIGNATURE OF APPLICANT                                          DATE
            Rev Dr. Jeff Hood

To The Applicant:

Due to the nature of the work for which you have applied, we may need to check records pertaining to your background. To properly verify your identity, please complete the following information:

    10/30/1983                      male
Date of Birth (mm/dd/yyyy)        Gender

Race or Ethnic Group:

☑ White                    ☐ Black

☐ American Indian          ☐ Hispanic

☐ Asian                    ☐ Other _____

DOC 090211A (R 08/21)