# Exhibit 3; Clergy Relationship Chronology

The Rev. Dr. Jeff Hood

Scott Eizember Relationship Chronology

Throughout my ministry on various death rows, I have focused my work on those who are in imminent threat of execution.  Four months ago, I reached out to Scott Eizember with the knowledge that his execution date was imminent.  After some introductory conversation, our relationship began to grow. From the very beginning, my presence in the chamber with Scott was something that we discussed and both agreed to (if the execution happened).  As we began to have a more intentional relationship, our conversations became more frequent and turned more intentionally toward both spiritual things and my advocacy for him.  During this time, I was approved to visit Scott, as his designated spiritual advisor (clergy of record).  Throughout our time together our prayers have taken on many forms, from scripture readings to engaging memory to absolution to hope that Scott's life might be spared to ways that I can be an advocate for him.  In all of these things, God has been with us.  It is probably fair to say that our work has centered around the sacrament of reconciliation.  That is seeking for both Scott and those who want to kill him to be reconciled to God.  Through it all, it was not lost on us that time was probably short, so we tried to fit in as much love as we could.  Then again, God is love, so I guess we were trying to fit in as much God as we could.  One's relationship with their priest is confidential, so this is as much as I feel at liberty to say.