# Exhibit 4; Approval Process Email

Approval Process to be Volunteer Chaplain/Clergy/Spiritual Advisor ◇ 🖶 ☒
to Scott Eizember  Inbox ×

 **Leo Brown** <leo.brown@doc.ok.gov>              📎 Mon, Dec 19, 2022, 3:31 PM  ☆  ↩  ⋮
to me ▾

Rev. Dr. Hood,

I really appreciate our time on the phone today.  I'm attaching the two documents that we
discussed.  The Role of Chaplain During an Execution gives you a brief overview of the process.
The Volunteer Chaplain Agreement is the form that we need you to complete and email back to
me.

We also need at least two references, one of which must be from your faith community, and their
contact information.

Here is the information for our Zoom meeting tomorrow:
Leo Brown is inviting you to a scheduled ZoomGov meeting.

Topic: Online Meeting - Clergy/Spiritual Adivsor for Scott Eizember
Time: Dec 20, 2022 11:00 AM Central Time (US and Canada)

Join ZoomGov Meeting
https://doc-ok.zoomgov.com/j/1609390851?pwd=TTdTS3EvZUx1VU8vd21hV1hHT1F6QT09

Meeting ID: 160 939 0851
Passcode: 806249

Please feel free to contact me if you have any questions.

Thank you for being willingness to serve in this capacity,

**Leo E. Brown | Agency Chaplain & Volunteer Services Administrator**
Religious & Volunteer Services | Department of Corrections
p. 405-425-2529 | c. 405-226-3847
Oklahoma.gov | Oklahoma.gov/DOC


- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**2 Attachments** · Scanned by Gmail ⓘ                                                        ⬇  ⟳

