IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| Scott Eizember | ) | |
| Jeffrey Hood | ) | |
|     Plaintiff(s) | ) | |
| v. | ) | CIV-23-25-PRW |
| | ) | |
| | ) | |
| | ) | |
| Steven Harpe, Jim Farris, and Justin Farris | ) | |
|     Defendant(s) | ) | |

August 23, 2022
Enter Order:

In accordance with 28 U.S.C. §636, this matter is hereby referred to Magistrate Judge Amanda Maxfield Green for preliminary review, for conducting any necessary hearings, including evidentiary hearings, for the entry of appropriate orders as to non-dispositive matters, and for the preparation and submission to the undersigned judge of Findings and Recommendations as to dispositive matters referenced in 28 U.S.C. §§ 636(b)(1)(B), and (C).

THE ABOVE ORDER ENTERED AT THE DIRECTION OF JUDGE Choose an item.

                                                     CARMELITA REEDER SHINN, CLERK


                                                     by: s/Carrie James
                                                     Deputy Court Clerk