IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| SCOTT EIZEMBER, et al., | ) |
| Plaintiffs, | ) |
| v. | ) Case No. CIV-23-25-PRW |
| STEVEN HARPE, et al., | ) |
| Defendants. | ) |

## ORDER

On January 9, 2023, Plaintiffs filed this 42 U.S.C. § 1983 suit. The suit seeks declaratory and injunctive relief related to the pending execution of Plaintiff Scott Eizember. The execution is currently scheduled to occur on Thursday, January 12, 2023. In light of the time-sensitive nature of this case, the Court hereby **ORDERS** Defendants to respond to Plaintiffs' Application for Temporary and Permanent Injunctive Relief (Dkt. 7) by 11:59 pm today (Tuesday, January 10, 2023).

**IT IS SO ORDERED** this 10th day of January 2023.

PATRICK R. WYRICK
UNITED STATES DISTRICT JUDGE

1