UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| SCOTT EIZEMBER, et al.,<br><br>v.<br><br>STEPHEN HARPE, et al., | **NOTICE OF HEARING**<br><br>Case No.: CIV-23-00025-PRW |

**NOTICE: All attorneys and other persons entering the U.S. Courthouse will be required to show valid photo identification.**

Type of Case:  ☒ CIVIL   ☐ CRIMINAL

☒ *TAKE NOTICE*
That a proceeding in this case has been scheduled for the place, date and time set forth below:

| Place | Room No: |
|---|---|
| William J. Holloway, Jr.<br>United States Courthouse<br>200 N.W. 4th Street<br>Oklahoma City, OK 73102 | **Courtroom No. 503**<br><br>**Date and Time:**<br>**January 11, 2023 at 2:00 p.m.** |

TYPE OF PROCEEDING:

HEARING ON PLAINTIFF'S MOTION FOR
PERMANENT INJUNCTION (Dkt. 7)

[plf counsel to notify defendant's counsel of hearing and order for response (Dkt. 8)]

☐ *TAKE NOTICE*
That the proceeding in this case has been rescheduled as indicated below:

| Place | Date and Time Previously Scheduled | Continued to (Date and Time) |
|---|---|---|
| | | |

JUDGE PATRICK R. WYRICK

1/10/2023                                    By: *s/Kathy Spaulding*
DATE                                              Deputy Clerk