IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| SCOTT EIZEMBER,<br>JEFFREY K. HOOD,<br><br>         *Plaintiffs,*<br><br>v.<br><br>STEVEN HARPE, *et al.*,<br><br>         *Defendants.* | Case No:  23-CV-25-PRW |

## **JOINT NOTICE OF SETTLEMENT**

Earlier today, this Court ordered Defendants to respond to Plaintiffs' application for injunctive relief before midnight tonight, January 10, 2023. Doc. 8. In lieu of Defendants' filing that response, the parties hereby notify the Court that they have reached a settlement agreement. The parties will provide more details to the Court tomorrow, January 11, 2023. The parties do not anticipate that the scheduled hearing for tomorrow will be necessary.

Respectfully Submitted,

/s/ Garry M. Gaskins, II
GARRY M. GASKINS, II, OBA #20212
  *Solicitor General*
ZACH WEST, OBA #30768
  *Director of Special Litigation*
CAROLINE HUNT, OBA #32635
TESSA HENRY, OBA #33193
  *Assistant Attorneys General*

OFFICE OF ATTORNEY GENERAL
STATE OF OKLAHOMA
313 N.E. 21st Street
Oklahoma City, OK 73105
(405) 521-3921
garry.gaskins@oag.ok.gov
zach.west@oag.ok.gov
caroline.hunt@oag.ok.gov
tessa.henry@oag.ok.gov

*Counsel for Defendants*

/s/ Randall T. Coyne
Randall T. Coyne
Attorney at Law
MBA # 549013
414 South Pickard Avenue
Norman, Oklahoma 73069
(405) 834-9317 (telephone)
(405) 325-0398 (facsimile)
rcoyne@ou.edu

/s/ Gregory W. Gardner
Gregory W. Gardner
Law Office of Gregory W. Gardner, PLLC
P.O. Box 2366
Boulder, Colorado 80306
(202) 553-1651
gardnerlegal@gmail.com
*Counsel for Plaintiffs*
Application for Pro Hac Vice Forthcoming