# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **SCOTT EIZEMBER,** § § **JEFFREY K. HOOD,** § § § Plaintiffs, § § vs. § § **STEVEN HARPE,** Director, Oklahoma § Department of Corrections, § § **JIM FARRIS,** Warden, Oklahoma State § Penitentiary, § § **JUSTIN FARRIS**, Chief of Operations, § Oklahoma Department of Corrections, § § Defendants. § | Civil No. 5:23-cv-00025-PRW **THIS IS A CAPITAL CASE.** Mr. Eizember is scheduled to be executed on **THURSDAY, JANUARY 12, 2023.** |

## NOTICE OF VOLUNTARY DISMISSAL

Counsel for Plaintiffs Eizember and Hood hereby notify the Court and opposing Counsel that they hereby withdraw the above-titled action

Counsel for Defendants have given their consent to this dismissal.

January 11, 2023.

                                        Randall T. Coyne*
                                      MA Bar No. 549013
                                      414 South Pickard Avenue
                                      Norman, OK  73069
                                      (405) 834-9317
                                      (405) 609-1973 Fax
                                      rcoyne@ou.edu
                                      *Counsel of Record

**Certificate of Service**

I hereby certify that on January 11, 2023, I electronically filed the foregoing Notice using the CM/ECF system, which will send notification of such filing to all counsel of record.

Further, I hereby certify that I mailed or served a copy of this Notice to:

Scott James Eizember, DOC 497824
Oklahoma State Penitentiary
P.O. Box 97
McAlester, OK 74502

                                      /s/ Randall T. Coyne
                                      Randall T. Coyne
                                      Attorney for Mr. Scott Eizember
                                      and Rev. Dr. Jeff Hood